COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:      01-14-00805-CV

Style:      In the Interest of A.L.W. and A.N.W., Children

Date motion filed[*]:      November 12, 2014

Type of motion:      Unopposed Motion for Extension of Time to File Appellant's Brief

Party filing motion:      Appellant

Document to be filed:      Appellant's Brief

Is appeal accelerated?      Yes

If motion to extend time:

     Original due date:      November 12, 2014

     Number of extensions granted:      0      Current Due date: November 12, 2014

     Date Requested:      December 12, 2014

Ordered that motion is:

     ☑ Granted

         If document is to be filed, document due: December 12, 2014

         ☑      No further extensions of time will be granted.

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☑ Other: _____

     Appellant's unopposed motion for extension of time to file appellant's brief is granted, but counsel is warned that no further extensions will be granted because this is a parental termination accelerated appeal.

Judge's signature: /s/ Laura C. Higley
         ☒ Acting individually      ☐ Acting for the Court

Date: November 13, 2014

November 7, 2008 Revision